UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

---

Lyon Financial Services, Inc., a Minnesota corporation, d/b/a BCL Capital, with its principal offices in Marshall, Minnesota,

Plaintiff,

vs.

Twisted Pair Communications, a California corporation,

Defendant.

Civil File No. 01-1483 DSD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by any party in the above-entitled cause of action have been resolved. Therefore,

IT IS HEREBY STIPULATED that this entire lawsuit may be, and hereby is, dismissed with prejudice, and without costs or disbursements to either of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with prejudice and without costs or disbursements to either of the parties, may be entered herein.

Dated: December 16, 2002

STONEBERG, GILES & STROUP, P.A.

By [signature]
Kevin K. Stroup
Attorneys for Plaintiff
300 O'Connell Street
Marshall, MN 56258
Telephone: (507) 537-0591
Attorney Reg. No. 170094

Dated: December 16, 2002

BALE ANDERSON POLSTEIN
RANDALL & HILL, LTD.

By [signature]
Peter G. Hill
Attorneys for Defendant
527 Marquette Avenue, Suite 1300
Minneapolis, MN 55402
Telephone: (612) 332-8063
Attorney Reg. No. 4510x

FILED 12-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-23-02
DEPUTY CLERK

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 23rd day of December, 2002.

Judge of United States District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs or disbursements to any party.

WITNESSES THE HONORABLE ______________________, one of the Judges of this Court at ______________, on this _____ day of ______________, 2002.

BY THE COURT:
(United States District Court Seal)

Court Administrator