**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SECOND DIVISION**

---

Lyon Financial Services, Inc.,
a Minnesota corporation, d/b/a
BCL Capital, With Its Principal
Offices in Marshall, Minnesota

Court File No. 01-CV-1483 (DSD/JMM)

Plaintiff,

v.

Twisted Pair Communications,
a California corporation,

Defendant and
Third Party Plaintiff

**VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT BY TWISTED PAIR COMMUNICATIONS AND ORDER**

v.

Quovera Corporation, formerly
known as Millennia Vision Corporation

Third Party Defendant.

---

The undersigned attorneys for Defendant Twisted Pair Communications, a California corporation, hereby voluntarily dismiss without prejudice the Third-Party Complaint against Quovera Corporation, formerly known at Millennia Vision Corporation.

Date: April 5, 2002.

BALE ANDERSON POLSTEIN
RANDALL & HILL, LTD.

Peter G. Hill

Peter G. Hill, Esq. (#4510x)
Attorneys for Defendant
Twisted Pair Communications
527 Marquette Avenue, Suite 1800
Minneapolis, MN 55402
(612)332-8063

FILED 4-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that the Third-Party Complaint against Quovera Corporation, formerly known at Millennia Vision Corporation is dismissed without prejudice.

BY THE COURT:

Dated: April 11, 2002.

~~The Honorable John M. Mason~~
United States ~~Magistrate~~ Judge