AO450 (Rev. 5/85) Judgment in a Civil C

# UNITED STATES DISTRICT COURT

## District of Minnesota

Lyon Financial Services, Inc.

V.

Twisted Pair Communications

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1483DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed with prejudice and without costs or disbursements to any party.

December 23, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Patricia Kegley, Deputy Clerk

30

Modified:11/20/02